UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROBULK CARRIERS LTD.,

                Plaintiff,

-v-

PERACO CHARTERING USA LLC,

                Defendant.

No. 11 Civ. 5686 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-13

RICHARD J. SULLIVAN, District Judge:

    The Court has been notified by the Honorable James Cott, United States Magistrate Judge, that as a result of his mediation efforts the parties in this matter have reached a settlement. Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. However, within forty-five (45) days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored. The Clerk of the Court is respectfully requested to terminate the motion at Doc. No. 63 and close the case.

SO ORDERED.

Dated:    September 12, 2013
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE