Owen F. Duffy, Esq.
George E. Murray, Esq.
Attorneys for Plaintiff,
Probulk Carriers Ltd.
5 Penn Plaza, 19th Floor
New York, New York 10001
Phone: (516) 721-8793
Fax:    (212) 235-7022
Email: Owen@ODuffy-Law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PROBULK CARRIERS LTD,,                  :
                                        :
                    Plaintiff,          :
                                        :      11-CV-5686 (RJS)(JLC)
       v.                               :
                                        :      STIPULATION OF
PERACO CHARTERING USA LLC,              :      VOLUNTARY DISMISSAL
                                        :      PURUSANT TO
                    Defendant.          :      F.R.C.P. 41 (a) (1) (A) (ii)
-------------------------------------------------- x

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41 (a) (1) ( A) (ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, who represent all parties in this action, that the above-captioned action be dismissed, with prejudice and without costs, against the defendant Peraco Chartering (USA) LLC pursuant to F.R.C.P. 41 (a) (1) (A) (ii).

Dated:  October 25, 2013

Law Offices of Owen F. Duffy            Reed Smith LLP
Attorneys for Plaintiff,                Attorneys for Defendant,
PROBULK CARRIERS LTD.                   PERACO CHARTERING (USA) LLC

By: _____             By: _____
    Owen F. Duffy                           Oliver Beiersedorf
                                            Geoffrey G. Young

5 Penn Plaza, 19th Floor                599 Lexington Avenue, 22nd Floor
New York, New York 10001                New York, New York 10022
(516) 721-8793                          (212) 521-5400