Owen F. Duffy, Esq.
George E. Murray, Esq.
Attorneys for Plaintiff,
Probulk Carriers Ltd.
5 Penn Plaza, 19th Floor
New York, New York 10001
Phone: (516) 721-8793
Fax: (212) 235-7022
Email: Owen@ODuffy-Law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PROBULK CARRIERS LTD,,

                Plaintiff,

                                  11-CV-5686 (RJS)(JLC)

v.

                                  **STIPULATION OF**
PERACO CHARTERING USA LLC,       **VOLUNTARY DISMISSAL**
                                  **PURUSANT TO**
              Defendant.      **F.R.C.P. 41 (a) (1) (A) (ii)**
-------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41 (a) (1) ( A) (ii)**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, who represent all parties in this action, that the above-captioned action be dismissed, with prejudice and without costs, against the defendant Peraco Chartering (USA) LLC pursuant to F.R.C.P. 41 (a) (1) (A) (ii).

Dated: October 25, 2013

Law Offices of Owen F. Duffy          Reed Smith LLP
Attorneys for Plaintiff,                     Attorneys for Defendant,
PROBULK CARRIERS LTD.            PERACO CHARTERING (USA) LLC

By: _____        By: _____
     Owen F. Duffy                             Oliver Bejersedorf
                                                       Geoffrey G. Young
5 Penn Plaza, 19th Floor                  599 Lexington Avenue, 22nd Floor
New York, New York 10001           New York, New York 10022
(516) 721-8793                                (212) 521-5400

**SO ORDERED:**

_____
U.S.D.J.
10/28/13